THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM W. SHOEMAKER, Respondent.

(Argued June 4, 1930; decided July 8, 1930.)

*Hamilton Ward, Attorney-General (Lafay C. Wilkie* of counsel), for appellant.

*Carlos C. Alden* for respondent.

*Seward A. Miller* for Dairymen's League Co-operative Association, Inc.

Order affirmed, with costs, and questions certified answered in the affirmative on the authority of *Wilson* v. *Israel* (227 N. Y. 423); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.